1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MARY JENNIFER BERG

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. 2:05-CR-00308 EJG
                                   )
14              Plaintiff,         )
                                   )  **STIPULATION AND ORDER**
15      v.                         )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
16 MARY JENNIFER BERG,             )
                                   )
17              Defendant.         )  Date: December 2, 2011
                                   )  Time: 10:00 a.m.
18 _____ )  Judge: Hon. Edward J. Garcia

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer
21 Berg, through her attorney, Timothy Zindel, and plaintiff, United States
22 of America, through its attorney, William S. Wong, that the status
23 conference scheduled for Friday, December 2, may be continued to Friday,
24 January 27, 2012, at 10:00 a.m.
25      Probation has advised the parties it needs additional time to
26 complete the pre-plea presentence report ordered by the Court.  They do
27 not expect to complete the report until January.  The parties need the
28 report to finalize their plea agreement with respect to the guidelines.

So that the report may be completed and reviewed, the parties ask that to continue the status conference to January 27, 2012, at 10:00 a.m. The parties further agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through January 27, 2012, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 28, 2011         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for MARY JENNIFER BERG


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: November 28, 2011         /s/ T. Zindel for W. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 27, 2012, at 10:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: November 29, 2011         /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 United States District Court

Stip & Order                    -2-