1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   MARY JENNIFER BERG

9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,    ) No. 2:05-CR-00308 EJG
                                )
14              Plaintiff,      )
                                ) **STIPULATION AND ORDER**
15     v.                       ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
16 MARY JENNIFER BERG,          )
                                )
17              Defendant.      ) Date: January 27, 2012
                                ) Time: 10:00 a.m.
18 _____) Judge: Hon. Edward J. Garcia

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference scheduled for January 27, 2012, may be continued to Friday, March 23, 2012, at 10:00 a.m.

25      Probation has advised the parties it needs additional time to complete investigation concerning the pre-plea presentence report ordered by the Court. They are awaiting additional documents from the government and do not expect to complete the report until mid-March. The parties

need the report to finalize their plea agreement with respect to the guidelines.  So that the report may be completed and reviewed, the parties ask that to continue the status conference to March 23, 2012, at 10:00 a.m.  The parties further agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through March 23, 2012, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 24, 2012        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for MARY JENNIFER BERG


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: January 24, 2012        /s/ T. Zindel for W. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 23, 2012, at 10:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: January 25, 2012        /s/ Edward J. Garcia
                               HON. EDWARD J. GARCIA
                               United States District Court

Stip & Order                   -2-