UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
AUG 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:  Mary Jennifer BERG
     Docket Number: 2:05CR00308-02
     **CONTINUANCE OF JUDGMENT
     AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 24, 2012, to October 19, 2012, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to the probation officer's late disclosure of the draft presentence report, the parties needs more time to submit objections and file memoranda.

Respectfully submitted,

HUGO ORTIZ
**Supervising United States Probation Officer**

Dated:   August 20, 2012
         Sacramento, California

Attachment

1

**RE:  Mary Jennifer Berg
Docket Number:  2:05CR00308-02
<u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>**

cc:   Clerk, United States District Court
William S. Wong, Assistant United States Attorney
Timothy Zindel, Assistant Federal Defender
Probation Office Calendar Clerk

✓ **Approved**

                       *[signature]*           8/31/12
                       **EDWARD J. GARCIA**
                       **Senior United States District Judge**      **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:05CR00308-02 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Mary Jennifer Berg | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/19/2012, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 10/12/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/05/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/28/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/21/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | completed |

3