```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MARY JENNIFER BERG
 7

 8

 9             IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       ) No. 2:05-CR-00308 EJG
                                    )
14              Plaintiff,          )
                                    ) STIPULATION AND ORDER
15       v.                         ) CONTINUING STATUS CONFERENCE
                                    ) AND EXCLUDING TIME
16  MARY JENNIFER BERG,             )
                                    )
17              Defendant.          ) Date: October 19, 2012
                                    ) Time: 10:00 a.m.
18  _____) Judge: Hon. Edward J. Garcia

19
```

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that hearing on Judgment & Sentence scheduled for October 19, 2012, may be continued to Friday, November 9, 2012, at 10:00 a.m.

Probation has submitted the final presentence report. The government has requested a continuance of sentencing in order to give it time to consider and investigate additional information that may bear on its final sentencing recommendation. The outcome of that investigation

1 | will likely affect whether the parties file additional sentencing
2 | memoranda and what those memoranda say. The parties expect sentencing to
3 | proceed on November 9.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 12, 2012
/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MARY JENNIFER BERG

BENJAMIN B. WAGNER
United States Attorney

Dated: October 12, 2012
/s/ T. Zindel for W. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

**O R D E R**

The hearing on judgment and sentence is continued to November 9, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 12, 2012

HON. EDWARD J. GARCIA
United States District Court